JOSEPH SEGUIN, Appellant, v. HERBERT MYERS, Respondent. MARY SEGUIN, Appellant, v. HERBERT MYERS, Respondent.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.